1  **BILL LOCKYER, Attorney General**
   of the State of California
2  **MARSHA S. MILLER, Supervising**
   Deputy Attorney General
3  **JOHN G. TAVETIAN, (State Bar No. 72895)**
   Deputy Attorney General
4  300 South Spring Street
   Los Angeles, CA 90013
5  Telephone: (213) 897-2128
   Fax: (213) 897-2810
6  Attorneys for Defendants Edward Alameida, Jr., David Tristan, Richard E. Early, Robert Mekemson, William Chen, James Stewart and Sven Markoff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS MACIAS and LUCIA CASTELLANOS**<br><br>                           Plaintiffs,<br><br>v.<br><br>**WACKENHUT CORRECTIONS CORPORATION etc., et al.,**<br><br>                           Defendants. | **CV-F-03-5245 REC DLB**<br><br>**ORDER GRANTING EX PARTE APPLICATION TO AMEND COURT'S SCHEDULING ORDER TO CONTINUE DATE FOR FILING DISPOSITIVE MOTION**<br><br>Honorable Robert E. Coyle,<br>Judge, United States District Court |

The ex parte application of the defendants, Edward Alameida, Jr., David Tristan, Richard E. Early, Robert Mekemson, William Chen, James Stewart and Sven Markoff, for an order amending this Court's January 25, 2005 Scheduling Order to continue the Deadline for filing Dispositive Motions was duly presented to the court and submitted on the papers.

**GOOD CAUSE APPEARING THEREFOR**,

**IT IS ORDERED THAT** the Ex Parte Application to Amend this Court's Scheduling Order by Continuing the Deadline for filing Dispositive Motions is granted. Defendants' Motion for Summary Judgment shall be filed no later than September 1, 2005.

**IT IS SO ORDERED.**

Dated: ____August 10, 2005              /s/ ROBERT E. COYLE

_____
**HONORABLE ROBERT E. COYLE**
**United States District Court Judge**

Presented by: John Tavetian, Attorney for Defendants