1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   LUIS MACIAS, et al.,                              )   1: 03 CV F 5245 REC DLB
                                                      )
10                  Plaintiffs,                        )
                                                      )   ORDER ADOPTING FINDINGS AND
11      v.                                             )   RECOMMENDATION RE DEFENDANTS'
                                                      )   MOTION TO DISMISS SECOND AMENDED
12                                                     )   COMPLAINT AND REQUEST FOR
    WACKENHUT CORRECTIONS                               )   SANCTIONS
13  CORPORATION, et al.,                               )   (Documents 121, 122)
                                                      )
14                  Defendants.                        )

15

16          On July 21, 2005, the Magistrate Judge filed Findings and Recommendation herein which

17  was served on the parties and which contained notice to the parties that any objections to the

18  recommendation were to be filed within thirty days.  On July 22 and 25, 2005, defendants filed

19  objections.  Defendants object to the recommendation and request that the court modify it by

20  granting defendants an extension to September 1, 2005 to file dispositive motions.

21          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305,

22  this Court has conducted a de novo review of this case.  The record reveals that on August 11,

23  2005, the Court granted defendants' application for an extension of time to file dispositive

24  motions, thereby rendering defendants' objections moot.  Having carefully reviewed the entire

25  file, the Court finds the Findings and Recommendation to be supported by the record and by

26  proper analysis.

27          Accordingly, the Court HEREBY ORDERS:

28          1.      The Findings and Recommendation, filed July 21, 2005, is adopted in full;

1

1      2.      Defendants' motion to dismiss is HEREBY DENIED; and

2      3.      Defendants' request for monetary sanctions is GRANTED.  Defendants

3              Wackenhut and Dr. Zapanta are awarded sanctions in the amount of $2,955.89

4              and Defendants Alameida, Tristan, Early, Stewart, Mekemson, Markoff and Chen

5              are awarded sanctions in the amount of $2,500.00.  The sanctions shall be

6              deducted from any recovery by Plaintiffs in this case or be added to any costs

7              recovered by defendants.

8      IT IS SO ORDERED.

9  **Dated:  September 7, 2005**            **/s/ Robert E. Coyle**
   668554                                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2