IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MACIAS, et al.,<br><br>            Plaintiff,<br><br>      vs.<br><br>WACKENHUT CORRECTIONS<br>CORPORATION, et al.,<br><br>            Defendant. | No. CV-F-03-5245 REC/DLB<br><br>ORDER CONTINUING DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT<br>FROM OCTOBER 17, 2005 TO<br>MONDAY, DECEMBER 5, 2005 AT<br>1:30 P.M. |

   Because plaintiffs have not filed a timely opposition or statement of non-opposition to defendants' motion for summary judgment, the motion for summary judgment is continued from October 17, 2005 to Monday, December 5, 2005 at 1:30 p.m.

   Plaintiffs are advised that their opposition or statement of non-opposition to the motion for summary judgment must be filed in accordance with the requirements set forth in Rule 56-260, Local Rules of Practice. In addition, plaintiffs opposition or statement of non-opposition must be filed and served within the

1

1 time prescribed in Rule 78-230(c), Local Rules of Practice, i.e.,
2 on or before Monday, November 21, 2005.  Failure to comply with
3 these rules and this order will result in the granting of
4 defendants' motion for summary judgment.
5     IT IS SO ORDERED.

6 **Dated:  October 6, 2005**           **/s/ Robert E. Coyle**
  668554                      UNITED STATES DISTRICT JUDGE